TRUSTEES OF THE BRICKLAYERS 74

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

v.

JAMIE TEDESCHI, Individually and d/b/a United Masonry Restoration

Case # 09 C 5778

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Riebel, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within _Citation To Discover Assets_ on the within named _Jamie Tedeschi, Individually d/b/a United Masonry Restoration_ by personally serving a copy to _Sandy Tedeschi (wife), a person of the residence of suitable age and description on 1/5/10_

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex _F_ race _W_ approximate age _50_ other _light brown hair_

That the place where and the date and time when the above document was served upon the person were as follows:

place _Residence: 9860 Oak Ridge Ave, St John IN 46373_
date _1/5/10_ time _10:30 a.m._

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_[signature]_
Special Process Server